M/D-6

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2006 AUG 28  A 10: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Frederick Ross #85881 )
John Greer #87834 )
_____ )
_____ )
         Plaintiff(s)       )
                            )
         v.                 )
Sheriff D.T Marshall       )
Montgomery county Sheriff  )
Richard Allen, Ala. Correction )
Commission                 )
_____ )
         Defendant(s)       )

2:06 CV-771-ID

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) _Frederick Ross, John Greer #_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Frederick Ross_, _John Greer_
         Plaintiff(s) signature

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

Montgomery County Jail
08/23/06 09:34
ST 002 / OPR YR

Booking Number         :  85881
Resident Name          :  ROSS, FREDRICK DEMARCO
Time Frame             :  06/27/2006 03:44 - 08/23/2006 09:34

---------------------------------------------------------------------------------
Date         Time    Type            ST   OPR    Receipt #      Amount      Balance
---------------------------------------------------------------------------------

06/27/2006   03:44   Reopen          4    CC     D3446            0.00         0.00
06/29/2006   11:58   Add             3    VT     C126764         50.00        50.00
07/06/2006   08:15   Order           2    JD     B67089          40.21         9.79
07/13/2006   07:52   Order           2    JD     B67657           8.04         1.75
07/19/2006   11:47   Add             3    VT     C127650         15.00        16.75
07/20/2006   08:09   Order           2    JD     B68279           7.82         8.93
07/21/2006   15:41   Add             3    yr     C127808         20.00        28.93
07/27/2006   08:49   Order           2    JD     B68832          14.56        14.37
07/31/2006   09:02   Order           2    JD     B69084           7.35         7.02
08/03/2006   08:32   Order           2    JD     B69351           6.67         0.35
08/07/2006   13:27   Add             3    FHD    C128584         20.00        20.35
08/10/2006   08:10   Order           2    JD     B69875          20.05         0.30
08/17/2006   08:19   Order           2    JD     B70357           0.29         0.01
08/21/2006   09:09   Credit          2    JD     B70745           0.29         0.30
08/21/2006   11:35   Add             3    yr     C129142         20.00        20.30
```

Page 1 of 1

**RESIDENT HISTORY REPORT**

**Montgomery County Jail**
**08/22/06 08:18**
**ST 002 / OPR YR**

```
Booking Number    : 87837
Resident Name     : GREER, JOHN RAY
Time Frame        : 07/13/2006 16:30 - 08/22/2006 08:18
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/13/2006 | 16:30 | Intake | 4 | mlc | D3803 | 8.37 | 8.37 |
| 07/17/2006 | 09:00 | Order | 2 | JD | B67987 | 7.90 | 0.47 |
| 08/09/2006 | 11:45 | Add | 3 | yr | C128660 | 20.00 | 20.47 |
| 08/10/2006 | 08:10 | Order | 2 | JD | B69950 | 10.23 | 10.24 |
| 08/14/2006 | 09:11 | Order | 2 | JD | B70195 | 10.20 | 0.04 |
| 08/17/2006 | 10:57 | Rec Payment | 3 | yr | C128992 | 0.01 | 0.03 |