IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FREDERICK ROSS, #85881          *
JOHN GREER, #87837
                                *
    Plaintiffs,
                                *
    v.                                              2:06-CV-771-ID
                                *
SHERIFF D.T. MARSHALL, *et al.*,
                                *
    Defendants.

 _____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement

at the Montgomery County Detention Center.  Plaintiffs filed a single motion for leave to

proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d).  The Prison

Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of

the required [filing] fee."  *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001).

Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of

action.  *Id*.  Accordingly, the Clerk of this court is hereby DIRECTED to:

    1.  Open two (2) separate civil actions - one for each Plaintiff named in the instant

complaint.  The Clerk is advised that the case number of the present cause of action shall be

assigned to Frederick Ross;

    2.  Assign the newly opened case to the Magistrate Judge and District Judge to which

the instant cause of action is assigned;

3.  Place a copy of the complaint and the *in forma pauperis* affidavit filed by inmates

Ross and Greer in the newly opened case file;

4.  Refer these case files to the appropriate Magistrate Judge for further proceedings.

DONE, this 31ˢᵗ day of August, 2006.


                                    /s/ Susan Russ Walker
                                    SUSAN RUSS WALKER
                                    UNITED STATES MAGISTRATE JUDGE