| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  G. Brown           ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>A. Brown                 9-13-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>D. T. Marshall, Sheriff<br>Montgomery County Detention Facility<br>P. O. 4599<br>Montgomery, Al. 36103<br><br>06-771 C, O, + R+R | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 3622 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540