In The United States District Court For The Middle District

RECEIVED 2006 SEP 18 A 11: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Frederick Ross, #85881,
Plaintiff,

V

Sheriff D.T. Marshall, Et Al.,
Defendants.

2:06-CV-771-ID
(WO)

## Motion For Leave To Amend

Comes now Frederick Ross, [Herein After Plaintiff] in the above style cause request this court for permission for leave to amend the following:

See attached "Amendment To Complaint"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA.

FREDERICK ROSS #85681
    PLAINTIFF,

V.                                    2:06-CV-711-ID
                                          (WO)

SHERIFF D.T. MARSHALL,
ET AL.,
    DEFENDANTS.

RECEIVED
2006 SEP 18 A 11:14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Amendment To Complaint

Comes now Frederick Ross, [herein after Plaintiff] in the above style request for the following name(s) Plaintiffs be Amended to Complaint against Defendants. Plaintiff shows the following in support of:

1) ERIK GRANT #66580 cell-4-A, A inmate from the Alabama Department of Corrections [D.O.C.] is housed in this facility for Court and request to see the medical staff, an is charged $10.00 to see nurse, where [D.O.C.] charges $3.00. (see attached receipt).

2) STANLEY JACKSON #64747-cell-4-A failure to allow any inmates to prepare for their G.E.D. or study.

There's no recreation, and no outside air or excercise

3) Calvin Mays #19733 - Cell 4-A Charging excessive prices for medical treatment, [see attached pink copy]. Also once an inmate returns for court he is not allowed to have legal material with him, once that [D.O.C] inmates are court proceedings are over, it's weeks after weeks to return back to [D.O.C]

4) Dwone Harrison #87291 - Cell 4-A. Inmates are house in two (2) man cells with no way of getting on the top bed or once on top you must jump down, with no support many inmates just sleep on the floor.

### Conclusion

Wherefore all consider plaintiff prays that the above listed inmates be amended to complaint.

### Certificate of Service

I hereby certify that the foregoing documents have been placed in the mail box at Montgomery County Jail and forward to the Clerk for the Middle District at P.O. Box 711 Montgomery, AL. 36101

Frederick Ross
Frederick Ross 85881
Montgomery County Jail

1) *Erik Grant #66582*
ERIK GRANT #66582 4-A
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL. 36103

2) *Stanley Jackson*
STANLEY JACKSON #64747 - 4-A
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL. 36103

3) *Calvin Mays*
CALVIN MAYS #19733 - 4-A
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL. 36103

4) *Dwone Harrison*
DWONE HARRISON #87291 - 4-A
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL. 36103

EXHIBITS                                    2:06CV771-ID

**Montgomery County Detention Facility**                **Medical Division Charge Sheet**

Inmate Name: Erik Grant                    R/S B/M      DOB 9-27-7_

Booking No. _____         Floor _____ Cell _____

SERVICES

| ___ XRay $10.00 | ✓ Doctor Visit $10.00 | ___ Nurse Visit $10.00 |
| ___ Lab $10.00  | ___ Dentist Visit $10.00 | ___ Prescription $3.00 |

Nursing Staff Signature _____   Date 9/12/06

Inmate Signature _____   Date 9/12/06

White Original: Medical File    Yellow Copy: Accounts Manager    Pink Copy: Inmate

---

**Montgomery County Detention Facility**                **Medical Division Charge Sheet**

Inmate Name: _____         R/S _____   DOB _____

Booking No. _____          Floor 4A    Cell _____

SERVICES

| ___ XRay $10.00 | ___ Doctor Visit $10.00 | ✓ Nurse Visit $10.00 |
| ___ Lab $10.00  | ___ Dentist Visit $10.00 | ✓ Prescription $3.00 |

Nursing Staff Signature _____   Date 9/12/06

Inmate Signature _____   Date 9/12/06

White Original: Medical File    Yellow Copy: Accounts Manager    Pink Copy: Inmate