IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FREDERICK ROSS, #85881                    *

     Plaintiff,                              *

      v.                                    *        2:06-CV-771-ID

SHERIFF D.T. MARSHALL, *et al*.,          *

     Defendants.                            *

 _____

## ORDER ON MOTION

Before the court is Plaintiff's Motion for Leave to Amend Complaint. Upon consideration of the proposed amendment to the complaint in which Plaintiff seeks to name additional plaintiffs to this cause of action and for the reasons stated in the court's order entered August 31, 2006 (Doc. No. 3), it is

ORDERED that the Motion for Leave to Amend Complaint (Doc. No. 9) be and is hereby DENIED.

DONE, this 26th day of September, 2006.

/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE