IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK ROSS, #85881, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:06cv771-ID |
| | )                  (WO) |
| SHERIFF D. T. MARSHALL, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On September 11, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 5.) Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) Plaintiff's claims against the Montgomery County Commission be and the same are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

(2) the Montgomery County Commission be and the same is hereby DISMISSED as a Defendant to this lawsuit; and

(3) this cause, with respect to Plaintiff's claims against the remaining Defendants, be and the same is hereby referred back to the Magistrate Judge for appropriate proceedings.

DONE this 26th day of September, 2006.

                                 /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE