IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK ROSS,<br>AIS #85881, | )<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No.<br>2:06-CV-771-ID (WO) |
| v. | )<br>) | |
| SHERIFF D.T. MARSHALL, et al., | )<br>) | JURY DEMAND |
| Defendants. | ) | |

### REQUEST FOR JURY DEMAND

Comes now Alabama Department of Corrections Defendant Richard Allen, by and through the undersigned counsel in the above-styled action, and files his request:

The Defendant hereby requests a trial by jury pursuant to the local rules of this Court.

Respectfully submitted,

Kim T. Thomas
General Counsel
Assistant Attorney General

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Alabama 36130-1501
334-353-3885

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Haskell, Slaughter, Young & Gallion
P. O. Box 4660
305 South Lawrence Street
Montgomery, AL  36103-4660

Frederick Ross, AIS #85881
Montgomery County Detention Facility
P. O. Box 4599
Montgomery, Alabama 36003

/s/Albert S. Butler
Albert S. Butler