IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK ROSS, #85881, | ). | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.  2:06cv771-ID |
| | ) | (WO) |
| SHERIFF D. T. MARSHALL, et al., | ) | |
| Defendants. | ) | |

**ORDER**

On November 27, 2006, the Magistrate Judge filed a Recommendation in this case (Doc. No. 16) to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

2. the above-styled lawsuit be and the same is hereby DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an available administrative remedy.

DONE this 15th day of December, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE